IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MACK AURTHER FOREMAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-675-WHA-SRW |
| | ) | |
| LEIGH GWATHNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| MACK AURTHER FOREMAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-804-WHA-SRW |
| | ) | |
| LEIGH GWATHNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed March 18, 2022, (Doc. 35) to which the Plaintiff has filed timely Objections. (Doc. 36). Based upon an independent and de novo review of the Recommendation, see 28 U.S.C. § 636 (b) and the Plaintiff's Objections filed thereto, it is

ORDERED that

1) The Plaintiff's Objections (Doc. 36) are OVERRULED;

2) The Recommendation of the Magistrate Judge (Doc. 35) is ADOPTED;

3) This case is DISMISSED with PREJUDICE;

4) No costs are taxed;

A Final Judgment will be entered in accordance with this Order.

                                            Done this 27th day of April, 2022.

                                            /s/   W. Harold Albritton
                                            SENIOR UNITED STATES DISTRICT JUDGE